

| **Muriel Goode-Trufant**<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | Yini Zhang<br>Senior Counsel<br>yinzhan@law.nyc.gov<br>Phone: (212) 356-3541 |
|---|---|---|

April 3, 2025

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



      Re: <u>Franklin Hichez Baldemora v. City of New York, et al.</u>
          23 CV 10549 (KPF)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendants City of New York and Police Officer Manuel Argueta Linares in the above referenced matter. I write to respectfully request an adjournment of the initial conference scheduled for April 10, 2025 at 10:30 A.M. Plaintiff's counsel, Welton K. Wisham, Esq., has consented to this request. This is defendants' first request for an adjournment of the initial conference.

      The reason for the request is because the undersigned has a previously scheduled initial conference scheduled for April 10, 2025 at 11:00 A.M. in the case of <u>Willow Friedland et al. v. City of New York, et al.</u>, 24-CV-07064. As such, should the Court be inclined to grant the within request, the parties have conferred and propose, with the Court's schedule allowing, April 17, 2025 and April 18, 2025.

      Thank you for your consideration herein.

                                                  Respectfully submitted,

                                                  /s/ *Yini Zhang*
                                                  Yini Zhang
                                                  Senior Counsel
                                                  Special Federal Litigation Division

cc: Welton K. Wisham, Esq. (by ECF)
    *Attorney for Plaintiff*

```
Application GRANTED.  The initial pretrial conference previously
scheduled for April 10, 2025, is hereby ADJOURNED to April 18, 2025,
at 10:00 a.m.

The Clerk of Court is directed to terminate the pending motion at
docket entry 18.

Dated:     April 3, 2025                SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE